# EXHIBIT 1

| | |
|---|---|
| **From:** | counter-notice |
| **To:** | airszhou112@126.com |
| **Cc:** | dengkai76@outlook.com; counter-notice |
| **Subject:** | FW: counter-notice@amazon.com |
| **Date:** | Tuesday, July 2, 2019 5:16:31 PM |

Na,

We have received the below counter notice to your report of posting, hosting and/or distributing unlicensed copyright protected material on our network. We will allow this material to be accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy is sent to counter-notice@amazon.com to help ensure efficient processing.

Regards,

Amazon.com DMCA Counter-Notice Team

**From:** 邓 凯 <dengkai76@outlook.com>
**Sent:** Tuesday, July 2, 2019 1:45 AM
**To:** counter-notice <counter-notice@amazon.com>
**Subject:** counter-notice@amazon.com

1. ASINs and product photos that are removed:
   a. Our listings are removed due to complain ID:
      66192779991, 6195645061, 6131867171, 6181090981, 6181035621.
      Impacted ASINs are: B07PK3Y298, B07SLHN13F
        B07JGSJW6V, B07PKV2VNY, B07L6BZRNY, B07L6C5X2J, B07MJ1279L,
        B07SLHPH35, B07L6B3QQ1, B07DQDK7H7, B07L6BH2H2, B07PHYZCNL,
        B07PSL5W4L, B07KF7Y9R4, B07PGV8XKY, B07KF6S6VJ, B07L82S6GX,
        B07PHYYRVC, B07K2WQ76S, B07PB1XWJH, B07K2VZSW2,
        B07PG86FYV, B07KF718QF, B07PGV9D2C, B07PFPQYRM,
        B07PHY7BD7, B07QTHHMNF, B07L6BN2KN
2. I declare, under penalty of perjury, that I have a good faith belief that the material at issue was either misidentified or mistakenly removed.
3. My personal information:
   My name: DENG KAI
   Address: Rm 20F, Shuipingzuo, Bldg.2 No.2088, Nanhai Blvd. Nanshan, Shenzhen CHINA 518054
   Tel: 86+18925246143
   a. Our brand register number: 87015346, and our design register number: 88472774, all of our products are designed and produced by ourselves.
      b. National ID Card: 430521199411072392

4. I consent to the jurisdiction of any United States federal district court in

which Amazon.com may be found and I will accept service of process from the person who provided notification of alleged copyright infringement or an agent of such person.

5. My electronic signature: /s/ DENG KAI

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [_____] OR Jump to record: [_____]  **Record 1 out of 9**

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



BLOUNICORNSET

| | |
|---|---|
| **Word Mark** | BLOUNICORNSET |
| **Goods and Services** | IC 025. US 022 039. G & S: Artificial flower headdresses; Body suits; Children's headwear; Children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; Clothing items, namely, blindfolds worn over the eyes; Dress suits; Gift packages sold as a unit consisting primarily of a sweatshirt and also including a photo frame, a coffee mug, and a tote bag; Head wear; Headbands; Jackets incorporating backpacks; Pocket squares; Sashes; Short-sleeved or long-sleeved t-shirts; Sleepsuits; Socks and stockings; Tutus. FIRST USE: 20190430. FIRST USE IN COMMERCE: 20190430 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.02 - Eyes, human ; Human eyes ; Iris (eye)<br>04.05.04 - Unicorns<br>04.07.06 - Animals formed by objects ; Objects forming animals ; Objects or combinations of objects representing an animal<br>05.15.01 - Crowns of leaves, flowers or fruit |
| **Serial Number** | 88472774 |
| **Filing Date** | June 13, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Deng, Kai INDIVIDUAL CHINA Rm. 20F, Shuipingzuo, Bldg. 2 No. 2088, Nanhai Blvd. Nanshan, Shenzhen CHINA 518054 |
| **Attorney of Record** | WILLIAM SCOTT GOLDMAN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a stylized representation of BLOUNICORNSET featuring a fanciful unicorn design with floral head wreath above. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |