# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-147-182**
**Effective Date of Registration:**
March 07, 2019



## Title
**Title of Work:** Flower unicorn

## Completion/Publication
**Year of Completion:** 2018
**Date of 1st Publication:** August 01, 2018
**Nation of 1st Publication:** United States

## Author
- **Author:** NINGBO MIZHIHE I&E CO.,LTD
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant
**Copyright Claimant:** NINGBO MIZHIHE I&E CO.,LTD
ROOM 501,NO.575,TIANTONGNAN ROAD, SHOUNAN STREET,YINZHOU DISTRICT, NINGBO CITY,ZHEJIANG PROVINCE, China

## Certification
**Name:** SHU BU
**Date:** March 07, 2019
**Applicant's Tracking Number:** Z201903019-B01