UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINGBO MIZHIHE I&E CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-200; DRESHOW; YOUNGER-TREE; SIQUK US; SIMPLECC; TOPGALAXY.Z; SHINELICIA; RHCPFOVR; 4MEMORYS; YOOCOOL; YISI; DANBALLETO; FANOVO; AMEOLELA; BOHRPETER; QUNAN; YIWU YALINDY IMPORT & EXPORT CO., LTD.; SHENZHEN KRS BUILDING MATERIAL CO., LTD.; YIWU YUEWEI IMPORT & EXPORT CO., LTD.; SHENZHEN EBRAIN GIFTS LTD.; V-FOX CHINA INDUSTRIAL LIMITED; HANGZHOU HONGRUI IMPORT & EXPORT TRADING CO., LTD.; PANAN HONGRUI ARTS & CRAFTS FACTORY; PARTYFIESTA; SAEEDALFAR; ALITTLEABOUT4_3; LIFESTYLE_LOOT; BMUK17; GERNE2ALL; OBSERVABLEUNIVERSE; HOME*EXPRESS*; ULTIMATEDISCOUNTOUTLET; NAABOY; COOLANDCOOLER; THIRDEYECOLLECTION; TRANGC70; SASAE_52; PINIFR72; UNICORN_DEALES; CHRIRA_0; KAHOLWA; *MARKET_PLACE*; ABOOD.AV; JUVY97; E_BAYSELLER007; SHINESUN STORE; and DENG KAI <br><br> Defendants. | 19 Civ. 6655 (AKH) <br><br> PRELIMINARY INJUNCTION AND ORDER <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: 7/31/19 |

Alvin K. Hellerstein, U.S.D.J.:

On July 17, 2019, plaintiff Ningbo Mizhihe I&E Co., Ltd. ("Mizhihe" or "Plaintiff") moved by order to show cause for a temporary restraining order, a preliminary injunction, an expedited discovery order, and an order authorizing alternative service against Defendants, on the

basis that Defendants had created and/or imported, distributed, marketed, offered for sale, published, and sold products that infringed Plaintiff's copyrighted designs. A temporary restraining order issued, and an order to show cause hearing was held on July 26, 2019. (D.I. 3).

The Court, having made findings of fact and conclusions of law on the record in open court as to the Defendants at the show cause hearing, IT IS HEREBY ORDERED that the temporary restraining order (D.I. 3) is hereby converted to a preliminary injunction order, which shall remain in effect pending the hearing and determination of this action.

SO ORDERED this 31st day of July, 2019

_____
United States District Judge