Jonathan D. Ball (*ballj@gtlaw.com*)
GREENBERG TRAURIG LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200; Fax: (212) 801-6400
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINGBO MIZHIHE I&E CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-200; DRESHOW; YOUNGER-TREE; SIQUK US; SIMPLECC; TOPGALAXY.Z; SHINELICIA; RHCPFOVR; 4MEMORYS; YOOCOOL; YISI; DANBALLETO; FANOVO; AMEOLELA; BOHRPETER; QUNAN; YIWU YALINDY IMPORT & EXPORT CO., LTD.; SHENZHEN KRS BUILDING MATERIAL CO., LTD.; YIWU YUEWEI IMPORT & EXPORT CO., LTD.; SHENZHEN EBRAIN GIFTS LTD.; V-FOX CHINA INDUSTRIAL LIMITED; HANGZHOU HONGRUI IMPORT & EXPORT TRADING CO., LTD.; PANAN HONGRUI ARTS & CRAFTS FACTORY; PARTYFIESTA; SAEEDALFAR; ALITTLEABOUT4_3; LIFESTYLE_LOOT; BMUK17; GERNE2ALL; OBSERVABLEUNIVERSE; HOME*EXPRESS*; ULTIMATEDISCOUNTOUTLET; NAABOY; COOLANDCOOLER; THIRDEYECOLLECTION; TRANGC70; SASAE_52; PINIFR72; UNICORN_DEALES; CHRIRA_0; KAHOLWA; *MARKET_PLACE*; ABOOD.AV; JUVY97; E_BAYSELLER007; SHINESUN STORE; and DENG KAI <br><br> Defendants. | C.A. No. 19-CV-6655-AKH |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT YOUNGER-TREE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Ningbo Mizhihe I&E Co., Ltd. hereby gives notice that its claims in the above-captioned action against Defendant Younger-Tree are voluntarily dismissed without prejudice. Any assets of Younger-Tree that are currently frozen pursuant to the preliminary injunction order (Dkt. # 22) shall be released.

Dated: August 29, 2019

    GREENBERG TRAURIG LLP

    */s/ Jonathan Ball*
    _____

    Jonathan D. Ball, Ph.D.
    MetLife Building
    200 Park Avenue
    New York, NY 10166
    Tel: (212) 801-9200
    Fax: (212) 801-6400
    ballj@gtlaw.com
    scacciag@gtlaw.com

    *Attorneys for Plaintiff*
    *Ningbo Mizhihe I&E Co., Ltd.*

    SO ORDERED:


    _____
    The Honorable Alvin K. Hellerstein
    United States District Judge