UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NINGBO MIZHIHE I&E CO., LTD

                  Plaintiff(s),

- against -

DOES 1-200, et al.

                  Defendant(s),
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/19
```

19 Civ. 6655 (AKH)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 17, 2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Deng Kai, DRESHOW, and 4MEMORYS by personally serving the email address associated with each Defendant as confirmed through discovery and in accordance with this Court's Order (D.I. 3), and proof of service was therefore filed on 7/18/19, 10/15/19, Doc. #(s) 10, 62.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

Oct 21, 2019

                                              RUBY J. KRAJICK
                                              Clerk of Court

                                      By: _____
                                                   Deputy Clerk