Jonathan D. Ball (*ballj@gtlaw.com*)
GREENBERG TRAURIG LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200; Fax: (212) 801-6400
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINGBO MIZHIHE I&E CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-200; DRESHOW; YOUNGER-TREE; SIQUK US; SIMPLECC; TOPGALAXY.Z; SHINELICIA; RHCPFOVR; 4MEMORYS; YOOCOOL; YISI; DANBALLETO; FANOVO; AMEOLELA; BOHRPETER; QUNAN; YIWU YALINDY IMPORT & EXPORT CO., LTD.; SHENZHEN KRS BUILDING MATERIAL CO., LTD.; YIWU YUEWEI IMPORT & EXPORT CO., LTD.; SHENZHEN EBRAIN GIFTS LTD.; V-FOX CHINA INDUSTRIAL LIMITED; HANGZHOU HONGRUI IMPORT & EXPORT TRADING CO., LTD.; PANAN HONGRUI ARTS & CRAFTS FACTORY; PARTYFIESTA; SAEEDALFAR; ALITTLEABOUT4_3; LIFESTYLE_LOOT; BMUK17; GERNE2ALL; OBSERVABLEUNIVERSE; HOME*EXPRESS*; ULTIMATEDISCOUNTOUTLET; NAABOY; COOLANDCOOLER; THIRDEYECOLLECTION; TRANGC70; SASAE_52; PINIFR72; UNICORN_DEALES; CHRIRA_0; KAHOLWA; *MARKET_PLACE*; ABOOD.AV; JUVY97; E_BAYSELLER007; SHINESUN STORE; and DENG KAI <br><br> Defendants. | C.A. No. 19-CV-6655-AKH |

**<u>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BOHRPETER</u>**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Ningbo Mizhihe I&E Co., Ltd. hereby gives notice that its claims in the above-captioned action against Defendant Bohrpeter are voluntarily dismissed without prejudice. Any assets of Bohrpeter that are currently frozen pursuant to the preliminary injunction order (Dkt. # 22) shall be released.

Dated: October 25, 2019

                          GREENBERG TRAURIG LLP

                          */s/ Jonathan Ball*

                          Jonathan D. Ball, Ph.D.
                          MetLife Building
                          200 Park Avenue
                          New York, NY 10166
                          Tel: (212) 801-9200
                          Fax: (212) 801-6400
                          ballj@gtlaw.com
                          scacciag@gtlaw.com

                          *Attorneys for Plaintiff*
                          *Ningbo Mizhihe I&E Co., Ltd.*

SO ORDERED:

10-28-19

*[signature]*

The Honorable Alvin K. Hellerstein
United States District Judge