Jonathan D. Ball (*ballj@gtlaw.com*)
GREENBERG TRAURIG LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200; Fax: (212) 801-6400
*Attorneys for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINGBO MIZHIHE I&E CO., LTD,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-200; DRESHOW; YOUNGER-TREE; SIQUK US; SIMPLECC; TOPGALAXY.Z; SHINELICIA; RHCPFOVR; 4MEMORYS; YOOCOOL; YISI; DANBALLETO; FANOVO; AMEOLELA; BOHRPETER; QUNAN; YIWU YALINDY IMPORT & EXPORT CO., LTD.; SHENZHEN KRS BUILDING MATERIAL CO., LTD.; YIWU YUEWEI IMPORT & EXPORT CO., LTD.; SHENZHEN EBRAIN GIFTS LTD.; V-FOX CHINA INDUSTRIAL LIMITED; HANGZHOU HONGRUI IMPORT & EXPORT TRADING CO., LTD.; PANAN HONGRUI ARTS & CRAFTS FACTORY; PARTYFIESTA; SAEEDALFAR; ALITTLEABOUT4_3; LIFESTYLE_LOOT; BMUK17; GERNE2ALL; OBSERVABLEUNIVERSE; HOME*EXPRESS*; ULTIMATEDISCOUNTOUTLET; NAABOY; COOLANDCOOLER; THIRDEYECOLLECTION; TRANGC70; SASAE_52; PINIFR72; UNICORN_DEALES; CHRIRA_0; KAHOLWA; *MARKET_PLACE*; ABOOD.AV; JUVY97; E_BAYSELLER007; SHINESUN STORE; and DENG KAI<br><br>Defendants. | C.A. No. 19-CV-6655-AKH |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT QUNAN**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Ningbo Mizhihe I&E Co., Ltd. hereby gives notice that its claims in the above-captioned action against Defendant Qunan are voluntarily dismissed without prejudice. Any assets of Qunan that are currently frozen pursuant to the preliminary injunction order (Dkt. # 22) shall be released.

Dated: November 11, 2019

GREENBERG TRAURIG LLP

*/s/ Jonathan Ball*

Jonathan D. Ball, Ph.D.
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
ballj@gtlaw.com
scacciag@gtlaw.com

*Attorneys for Plaintiff*
*Ningbo Mizhihe I&E Co., Ltd.*

SO ORDERED:

_____
The Honorable Alvin K. Hellerstein
United States District Judge

11-13-19

2