UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NINGBO MIZHIHE I&E CO., LTD.,                              :
                                                           :
                              Plaintiff,                   :    **DOCKETING ORDER**
         -against-                                         :
                                                           :    19 Civ. 6655 (AKH)
DOES 1-200; DRESHOW; 4MEMORYS; DENG                        :
KAI, *et al.*,                                             :
                                                           :
                              Defendants.                  :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Clerk is directed to close the open motion at ECF No. 92, that motion having been mooted by Defendants' filing amended counterclaims.

SO ORDERED.

Dated:    August 19, 2020                _____/s/_____
             New York, New York               ALVIN K. HELLERSTEIN
                                                                United States District Judge