UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
NINGBO MIZHIHE I&E CO., LTD,                             :
                                                         :
                                                         :   **ORDER REGULATING**
                                                         :   **PROCEEDINGS AND**
                    Plaintiff,                           :   **GRANTING MOTION FOR**
                                                         :   **REMOTE DEPOSITION**
    -against-                                            :
                                                         :   19 Civ. 6655  (AKH)
                                                         :
DOES 1-200, et al.,                                      :
                                                         :
                    Defendants.                          :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On October 16, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter shall proceed as follows:

1. Defendants' motion to conduct remote depositions is granted. *See* ECF No. 121.

2. Plaintiff shall conduct a remote deposition of Deng Kai on October 28, 2020, at 10:00 a.m., Hong Kong Time, at a location to be confirmed in Hong Kong.

3. Defendants shall arrange for a videographer suitable to Plaintiff, and Defendants shall bear the expense of the same. Defendants shall ensure that an individual with capacity to swear-in Deng Kai is present at the deposition. Plaintiff shall make arrangements to conduct the deposition over Zoom or similar service.

4. Upon mutual consent, the parties may modify these deposition instructions.

5. On or before October 30, 2020, Defendants shall submit, via ECF, an affidavit from Deng Kai affirming that Defendants have completely and fully responded to all of Plaintiff's discovery requests made pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure. This affidavit shall also include an explanation of the searches Defendants performed in response to Plaintiff's discovery requests and shall describe the production made to-date.

6. The parties shall appear for a status conference on December 4, 2020, at 10:00 a.m., during which the Court will set a schedule for remaining discovery, motion practice, and other case management matters.

7. The Clerk is directed to close ECF No. 121.

SO ORDERED.

Dated:    October 16, 2020            _____/s/ Alvin K. Hellerstein_____
          New York, New York                ALVIN K. HELLERSTEIN
                                            United States District Judge