UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
NINGBO MIZHIHE I&E CO., LTD,
:
:
: **ORDER CLARIFYING**
        Plaintiff, : **ORDER OF OCTOBER 16,**
: **2020**
    -against- :
: 19 Civ. 6655 (AKH)
:
:
DOES 1-200, et al. :
:
        Defendants. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Further to my order issued on October 16, 2020, and the status conference held on that date, Defendants' motion to lift or modify the asset restraint, *see* ECF No. 123, is denied without prejudice. Discovery to support the motion appears not to be complete. To that end, Item #5 of the October 16, 2020 order will clarify if discovery is complete. Defendants shall have leave to renew its motion upon completing discovery, as attested by the affidavit to be submitted by Deng Kai on or before October 30, 2020. *See* ECF No. 130.

      SO ORDERED.

Dated:    October 19, 2020
            New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge