UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
NINGBO MIZHIHE I&E CO., LTD.,              :
                                           :
                  Plaintiff,         :   **ORDER DENYING MOTION TO**
                                           :   **LIFT ASSET RESTRAINT**
     v.                                    :
                                           :   19-cv-6655 (AKH)
DOES 1-200, *et al.*,                      :
                                           :
                  Defendants.         :
                                           :
                                           :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On November 18, 2020, Defendants filed a third motion to lift the asset restraint.

*See* ECF No. 138.  The motion is denied, as discussed at the status conference held December 4, 2020, without prejudice to renewal following the completion of the two pending depositions.

The Clerk shall mark the motion terminated.

              SO ORDERED.

Dated:      December 8, 2020         /s/ Alvin K. Hellerstein\_\_\_\_\_
             New York, New York         ALVIN K. HELLERSTEIN
                                                   United States District Judge