UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
NINGBO MIZHIHE I&E CO., LTD., :
:
                  Plaintiff, : **ORDER REGULATING**
: **PROCEEDINGS**
    v. :
: 19-cv-6655 (AKH)
DOES 1-200, *et al.*, :
:
                  Defendants. :
:
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On December 4, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter shall proceed as follows:

1. The deposition of Deng Kai shall be conducted on December 8 and 9, 2020.

2. Plaintiff shall appear for deposition, and defendant shall take such deposition, by December 16, 2020.

3. Failure to abide by either 1 or 2 above shall constitute a ground for sanctions, including preclusion or default. *See* Fed. R. Civ. P. 30.

        SO ORDERED.

Dated:     December 8, 2020                /s/ Alvin K. Hellerstein
             New York, New York         ALVIN K. HELLERSTEIN
                                                 United States District Judge