

Jonathan D. Ball, Ph.D.
Tel 212.801.2223
Fax 212.805.9303
ballj@gtlaw.com

**VIA ECF**

January 14, 2021

Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007
Fax: (212) 805-7942

Re:     *Ningbo Mizhihe I&E Co., Ltd. v. Does 1-200, et al.*, Case No. 1:19-cv-6655 (AKH)

Dear Judge Hellerstein:

Pursuant to the Local Rules, Plaintiff Ningbo Mizhihe I&E Co., Ltd. ("Plaintiff") and respectfully seeks leave to file an exhibit under to its Memorandum of Law in Support of a Motion for Sanctions (ECF No. 148). This exhibit is a deposition transcript that was designated confidential because the witness was concerned with the disclosure of his sensitive, personal information.

Best regards,

*/s/ Jonathan D. Ball*

Jonathan D. Ball
Shareholder

JDB:gs

**Greenberg Traurig, LLP | Attorneys at Law**

MetLife Building  |  200 Park Avenue  |  New York, New York 10166  |  T +1 212.801.9200  |  F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin. Boca Raton. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. Nashville. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ~Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; *Greenberg Traurig, S.C.; ⁿGreenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ᴿGT Tokyo Horitsu Jimusho; ~Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com