UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
NINGBO MIZHIHE I&E CO., LTD,                                    :
                                                               :    **ORDER**
                                      Plaintiff,               :
         v.                                                    :    19 Civ. 6655 (AKH)
                                                               :
DOES 1-200, *et al.*                                           :
                                                               :
                                      Defendants.              :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A suggestion of settlement having been made, this case is dismissed.  If the settlement is

not consummated within 30 days of this order, or an authorized enlarged date, either party may

apply by letter for restoration of the action within 10 days after the close of said period.  All

pending court dates are cancelled.  The Clerk is directed to close the case.

                SO ORDERED.

Dated:          March 12, 2021                                  _____/s/_____
                New York, New York                             ALVIN K. HELLERSTEIN
                                                               United States District Judge