UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NINGBO MIZHIHE I&E CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-200; DRESHOW; 4MEMORYS; AND DENG KAI; ET AL. <br><br> Defendants. | C.A. No. 19-CV-6655-AKH |

**ORDER**

This matter comes before the Court upon Motion by Plaintiff Ningbo Mizhihe I&E Co., Ltd. ("Plaintiff" or "Mizhihe") for the voluntary dismissal of this action against Defendants 4MEMORYS, DRESHOW, and Deng Kai (collectively, "Defendants"). Having considered Plaintiff's motion and all related arguments and filings in support and in opposition thereof, the Court finds that Plaintiff's Motion should be and therefore is **GRANTED**. Accordingly, for good cause, it is hereby **ORDERED** that this action against Defendants is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2).

**SO ORDERED.**

SIGNED this Fourth day of June, 2021.

/s/ Hon. Alvin K. Hellerstein
_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE